# United States Bankruptcy Court
## Western District of Virginia

In re **Emmett Marcellus Mills**
**Alice Marie Mills**

Debtor(s)

Case No. **09-62606**
Chapter **13**

### MOTION TO VOLUNTARILY DISMISS CHAPTER 13 CASE

The above-named Joint Debtors requests that this court enter an Order dismissing their Chapter 13 case, on the grounds set forth below.

1. On August 13, 2009, the above-named Debtors filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code.

2. This case has not been previously converted.

WHEREFORE, Debtor(s) prays for an Order dismissing their Chapter 13 case.

Date _____   Signature _____
**Emmett Marcellus Mills**
Debtor

Date _____   Signature _____
**Alice Marie Mills**
Joint Debtor

Attorney _____
**Michael Owen Wells 24948**